FILED

MAY 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

2  United States District Court

3  For The District of Columbia

4

5

6  Plaintiff, Joshua Wooldridge P-33283
7  California Correctional Institution
8  Post Office Box 608
9  Tehachapi, California 93581-1031

CASE RE-ASSIGNED
TO: JAN 25 2008
LEON, J.R. II

10

11         VS.

Case: 1:07-cv-0091__
Assigned To : Unassigned
Assign. Date : 5/16/2007
Description: FOIA/Privacy Act

12  R. James Nicholson, ETAL,
13  Department of Veterans
14  Affairs Department (VA)

15

16         Complaint

17

18  I, the plaintiff a former Army Veteran
19  from the period of July 24, 1983, Thru
20  August 09, 1986, am respectfully requesting
21
22  to file a civil litigation complaint. The
23  actions are putative that share factual
24  allegations concerning a May 03 2006, theft
25
26  of a laptop computer and external hard
27  drive containing the names, dates of birth,
28  and Social Security numbers of current

RECEIVED

APR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Page 2 of 3

and prior Military persons of approximately 26 million veterans and active duty military personnel past and present. I, the plaintiff bring, this Civil litigation Complaint Claim under the United States Privacy Act, 5 U.S.C. § 552a, against defendants Department of Veterans Affairs (VA) Secretary R. James Nicholson, Et AL. in their official capacities, for willfully, Maliciously, and purposely failing to protect my privacy under State and Federal Constitutional Rights. The Magnitude of this data that was stolen breached plaintiff's personal information is simply breath taking and over whelming violating plaintiff's privacy rights in error. I am bringing these legal Claims under the privacy Act, 5 U.S.C. § 552 A, against the defendants Department of Veterans Affairs (VA) Data Theft Litigation MDL-1796, for allowing this erroneous

error to be committed. If the plaintiff Seek monteary and putative monies and a free credit report annually upon the District Courts legal ruling. Plaintiff, seeks monteary and putative damages in the amount of $2500.00 U.S. dollars due to the defendant's has Negligently failed to legally protect the privacy rights of the plaintiff. If the plaintiff legally file this factual Civil Rights Complaint, in the United States District Court of the District of Columbia pursuant to his privacy rights were willfully Violated in error. It is therefore that this factual complaint be filed and legally served on the dependants in there official capacity under law.

Plaintiff Filing In Pro Per)

Joshua Wooldridge

private citizen, inmate, and former Veteran

NOV 2 0 2006

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*RELEASED FOR PUBLICATION*

NOV - 3 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1796*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE DEPARTMENT OF VETERANS AFFAIRS (VA) DATA THEFT LITIGATION

*Vietnam Veterans of America, Inc., et al. v. R. James Nicholson, et al.*, D. District of Columbia, C.A. No. 1:06-1038

*Paul Hackett, et al. v. United States Department of Veterans Affairs, et al.*, E.D. Kentucky C.A. No. 2:06-114

*Michael Rosato, et al. v. R. James Nicholson, et al.*, E.D. New York, C.A. No. 1:06-3086

*BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

United States District Court
for the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk

*TRANSFER ORDER*

This litigation currently consists of one action each in the District of District of Columbia, the Eastern District of Kentucky, and the Eastern District of New York. Defendants[1] move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in the District of District of Columbia. Plaintiffs in the District of District of Columbia action support defendants' motion. Plaintiffs in the Eastern District of Kentucky action and the Eastern District of New York action oppose the motion and, alternatively, support transfer to the Eastern District of Kentucky.

On the basis of the papers filed and hearing session held, the Panel finds that these three actions involve common questions of fact, and that centralization under Section 1407 in the District of District of Columbia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions are putative nationwide class actions that share allegations concerning a May 3, 2006, theft of a laptop computer and external hard drive from the home of an employee of the VA. The computer, and/or accompanying external hard drive, contained the names, dates of birth, and social security numbers of approximately 26 million veterans and active duty military personnel. Plaintiffs bring, inter alia, claims under the Privacy Act, 5 U.S.C. § 552a, against defendants. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

07 0911 **FILED**

MAY 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] The motion is made on behalf of defendants Department of Veterans Affairs (VA), VA Secretary R. James Nicholson, Deputy Secretary Gordon G. Mansfield, and VA employee John Doe, in their official c...

- 2 -

Plaintiffs argue in opposition to Section 1407 centralization that there are a minimal number of actions involved and that alternatives to centralization, such as transfer under the "first to file" rule, are preferable to Section 1407 centralization. We disagree. Transfer under Section 1407 will offer the benefit of placing all actions in this docket before a single judge who can structure pretrial proceedings to accommodate all parties' legitimate discovery needs while ensuring that the common parties and witnesses are not subjected to discovery demands that duplicate activity that will or has occurred in other actions. Discovery with respect to any case-specific issues can also proceed concurrently with discovery on common issues. *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976).

We are persuaded that the District of District of Columbia is a preferable transferee forum for this litigation. The District of District of Columbia is where likely relevant documents and witnesses may be found, inasmuch as many of the defendants are located in this district and the theft occurred in the Washington, D.C., metropolitan area.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions pending outside the District of District of Columbia are transferred to the District of District of Columbia and, with the consent of that court, assigned to the Honorable James Robertson for coordinated or consolidated pretrial proceedings with the action already pending in that district.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

Clerk's Office
United States District Court
for the District of Columbia
Washington, DC 20001
November 14, 2006

NOV 2 0 2006

Clerk, United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

**IN RE: DEPARTMENT OF VETERANS AFFAIRS (VA)
DATA THEFT LITIGATION, MDL - 1796**

Dear Clerk:

Enclosed is a certified copy of the Transfer Order entered by the Judicial Panel on
Multidistrict Litigation. The Order became effective on 11/3/06. We have assigned a
new individual civil action number to your case to be transferred to us as liste below.

Please send us your file along with a certified copy of your docket entries. When
you send your file, please refer and type on your cover letter our Civil Action.

| Title of Case | Your Number | Our Number |
|---|---|---|
| Michael Rosato, et al. V. R. James Nicholson, et al. | C.A. No. 1:06-3086 | C.A. No. 1:06-1944 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By _____
Katherine S. Snuffer
Trainer/Quality Control Specialist
(202) 354-3183

cc:   MDL Panel, Clerk
      Nancy Mayer-Whittington, Clerk
      Judge James Robertson ✔
      Al Richburg, Courtroom Clerk
      MDL Misc. Case No. 06-506

2:06-cv-00114-WOB Hackett et al v. United States Department of Veterans Affairs et al

# U.S. District Court

## Eastern District of Kentucky

Notice of Electronic Filing

The following transaction was received from Maxie, Joyce entered on 2/8/2007 at 4:36 PM EST and filed on 11/20/2006

**Case Name:** Hackett et al v. United States Department of Veterans Affairs et al
**Case Number:** 2:06-cv-114
**Filer:**
**Document Number:** 41

**Docket Text:**
TRANSFER ORDER from the MDL Panel Transferring Case to the District of Columbia at Washington, DC.. Signed by Judge William O. Bertelsman. (Attachments: # (1) Transfer Request Letter - Does not request the Cov. Civil 06-114 Case Styled Paul Hackett, et al. v. U.S. Department of Veterans Affairs, et al.)(JMM)cc: COR

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1033394914 [Date=2/8/2007] [FileNumber=992048-0]
[39135b61b0aab80852221c3c9423c780370dc10a0de8643a4cab144d8f07a4469423d
776b323f940743b634bf3f9dbbe7f7b08f789f04688b8f2698e959ed9af]]
**Document description:** Transfer Request Letter
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1033394914 [Date=2/8/2007] [FileNumber=992048-1]
[67647d04473868a03f7136c9445a4141b75351fcc7d2c00dee8980ceddbafafa6d0ac
9661964b2709074ac2db7ff4d903507e517e7f5e95ab2c9eae39b596392]]

**2:06-cv-114 Notice will be electronically mailed to:**

Alexander E. Barnett    abarnett@masonlawdc.com

Jeffrey S. Goldenberg    jgoldenberg@mgsglaw.com

Ori Lev    ori.lev@usdoj.gov

Gary E. Mason    gmason@masonlawdc.com

Marc D. Mezibov    mmezibov@mezibovjenkins.com, abutcher@mezibovjenkins.com; cjenkins@mezibovjenkins.com

John C. Murdock    jmurdock@mgsglaw.com, cpence@mgsglaw.com

Andrew Louis Sparks    Andrew.Sparks@usdoj.gov, usakye.ecfcivil@usdoj.gov; Mandy.Poynter@usdoj.gov

**2:06-cv-114 Notice will be delivered by other means to:**

Stacy A. Hinners
Mezibov & Jenkins, LPA
401 E. Court Street
Suite 600
Cincinnati, OH 45202

Christian A. Jenkins
Mezibov & Jenkins, LPA
401 E. Court Street
Suite 600
Cincinnati, OH 45202

Curt McDonnell
109318
Arizona State Prison Complex - Eyman
Unit - Cook
P.O. Box 3200
Florence, AZ 85232

Heather R. Phillips
U.S. Department of Justice
20 Massachusetts Avenue, NW
Benjamin Franklin Station, Room 7330
P.O. Box 883
Washington, DC 20044

Elizabeth J. Shapiro
U.S. Department of Justice - Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6114
P.O. Box 883
Washington, DC 20004

Jeffrey M. Smith
U.S. Department of Justice
20 Massachusetts Avenue, NW
Benjamin Franklin Station, Room 7330
P.O. Box 883
Washington, DC 20044

Joshua Woolridge
P-33283
Chuckawalla Valley State Prison
Facility B4-182L
P.O. Box 2349
Blythe, CA 92226

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

JOSHUA WOOLRIDGE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88880
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# P-33283

**DEFENDANTS**

R. JAMES NICHOLSON

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00911
Assigned To : Unassigned
Assign. Date : 5/16/2007
Description: FOIA/Privacy Act

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff
□ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
□ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**
□ 410 Antitrust

**□ B. Personal Injury/Malpractice**
□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**
□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**
Any nature of suit from any category may be selected for this category of case assignment.
*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR □ F. Pro Se General Civil**

Real Property
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

Personal Property
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

Bankruptcy
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

Prisoner Petitions
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

Property Rights
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

Federal Tax Suits
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

Other Statutes
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/* *2255* | ☐ **H.** *Employment* *Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) <br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA* *(non-employment)* | ☐ **L.** *Other Civil Rights* *(non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

(●) Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*5 USC 552 - PA*

---

**VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** $2,500.00 | Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES (●) NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

**DATE** | **SIGNATURE OF ATTORNEY OF RECORD** *(signature)*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.        COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd