UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JERRY CURTIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-911 |
| R. JAMES NICHOLSON, *et al.*, | ) ) ) |
| Defendants. | ) |

### DISMISSAL ORDER

The Court provisionally filed the above-captioned action on May 16, 2007. At that time, the Court directed plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. To date, although plaintiff has filed a "Notice of Motion" regarding his intention to pursue a class action suit against the Department of Veterans Affairs, he has not submitted the required trust fund account information. Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the requirements of the Prison Litigation Reform Act.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 8/16/2007

United States District Judge