Plaintiff Jerry Curtis P-74629
California Correctional Institution
24900 End Highway 202
Post Office Box 608
Tehachapi, California 93581-1031

FILED

AUG 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia (Washington, DC)

| Jerry Wayne Curtis, Plaintiff, vs. R. James Nicholson Department of Veterans Affairs (VA) Defendant, | Civil Court Court Number 1:07-CV-00911-UNA Notice of Motion to respectfully request to file a jointer for the Class-Action Lawsuit against the Department of Veterans Affairs (VA) (Complaint) |
|---|---|

I, the plaintiff Jerry Wayne Curtis, was a former Navy Veteran from June 16, 1982, Thru August 16, 1985, I am respectfully requesting to file a legal "Class-Action Jointer" for the

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

5