December 09, 2007

Plaintiff, Joshua Woolridge P-33283
California Correctional Institution
24900 End Highway 202
Post Office Box 608
Tehachapi, California 93581-1031
Plaintiff, Filing In Pro Per

**FILED**

JAN 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia (Washington, D.C.)

Joshua Woolridge,
Plaintiff,
V.
R. James Nicholson, ET AL.
Defendants,

Civil Action Number
1:07-CV-00911-UNA

Notice of Motion to legally proceed forward with meritable complaints after erroneously being denied on 08/29/2007, without notice of In Forma Pauperis in error.

To the Honorable Presiding District Court Judge Ricardo M. Urbina, legally presiding over this civil litigation action. I) the plaintiff am currently falsely imprisoned in a California State Prison at (CCI) California Correctional Institution in the City of Tehachapi, County of Kern.

Plaintiff, Joshua Todd Wooldridge, did legally and lawfully serve in the United States Army from July 21, 1983 Thru August 29, 1986, on active duty. On May 16, 2007, I the plaintiff did legally and lawfully file a complaint against the Secretary of Veterans Affairs R. James Nicholson, ETAL., due to cause: 05:552 "Right to Privacy Act" and the Nature of Suit: 550 Prisoner: Civil Rights. On May 16, 2007, the I the plaintiff filed a Motion to leave to Proceed "In Forma Pauperis" in which plaintiff did legally and lawfully filed a "Certified Copy his Six month Inmate Trust Account" to precide in filing this meritable complaint. On May 29, 2007, I the plaintiff did serve a "In Forma Pauperis" application and a "Certified Copy of his Six month Inmate Trust Account" to the Clerk of the Court for filing in which the clerk failed to legally process and/or file application in error. On August 29, 2007, ordered a dismissal to proceed In Pro Per without

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

prejudice for allegedly failing to comply with the requirement in error. Plaintiff, respectfully requesting to refile his meritable "Jointer Complaint" at this time to the Honorable District Judge Richardo M. Urbina, enclosed is another certified copy of plaintiff's "sixth Month Inmate Trust Account" to legally and lawfully proceed forward in plaintiff's meritable complaint. A humble and legal re-consideration for this complaint is humbly being requested, due to the District Clerk's erroneous error and Judgement in filing to process application. Your hardwork, time, effort, and legal concern and legal re-consideration for plaintiff's meritable complaint is greatly appreciated and warranted.

Respectfully Submitted,

Joshua Woolridge

Former Army Veteran requesting to file Jointer and Proceed In Forma Pauperis

Case 1:07-cv-00911-JR   Document 6   Filed 01/22/2008   Page 4 of 7

**FILED**
MAY 16 2007
NANCY MAYER WHITTINGTON, CL
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSHUA WOODRIDGE, )
)
Plaintiff, )
)
v. )
)
R. JAMES NICHOLSON, et al., )   Civil Action No.   07 0911
)
Defendants. )
)

## ORDER

The Court hereby advises plaintiff that federal law, effective April 9, 2006, requires a plaintiff in a civil action to pay a filing fee of $350.00. In order for the Court to consider plaintiff's motion, plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915. After submission of the trust fund information, the Court will determine plaintiff's ability to pay the entire amount in one payment. If the Court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

**ORDERED** that, within thirty (30) days of this Order, plaintiff shall provide the information described above. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

_____
United States District Judge

Date: 1/22/08

 PROSE-PR, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00911-UNA
### Internal Use Only

| | |
|---|---|
| WOOLRIDGE v. NICHOLSON<br>Assigned to: Unassigned<br>Demand: $2,500,000<br>Cause: 05:552 Right to Privacy Act | Date Filed: 05/16/2007<br>Date Terminated: 08/29/2007<br>Jury Demand: None<br>Nature of Suit: 550 Prisoner: Civil Rights<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**JOSHUA WOOLRIDGE**     represented by     **JOSHUA WOOLRIDGE**
No. P-33283
CALIFORNIA CITY CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 3001-0001
CALIFORNIA CITY, CA 93504
PRO SE

V.

**Defendant**

**R. JAMES NICHOLSON**
*Department of Veterans Affairs*
*(VA)*

| Date Filed | # | Docket Text |
|---|---|---|

| 05/16/2007 | 1 | COMPLAINT against JAMES R. NICHOLSON filed by JOSHUA WOOLRIDGE.(ls, ) (Entered: 06/04/2007) |
|---|---|---|
| 05/16/2007 |  | SUMMONS Not Issued as to JAMES R. NICHOLSON (ls, ) (Entered: 06/04/2007) |
| 05/16/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by JOSHUA WOOLRIDGE (ls, ) (Entered: 06/04/2007) |
| 05/16/2007 | 3 | PRO SE ORDER directing within 30 days of this Order, unless an extension of time is granted, plaintiff to provide a six month trust fund prisoner account statement and failure to comply will result in dismissal of case. Signed by Judge James Robertson on 4/23/07. (ls, ) (Entered: 06/04/2007) |
| 08/13/2007 | 5 | Notice of MOTION by JOSHUA WOOLRIDGE (ls, ) (Entered: 08/29/2007) |
| 08/29/2007 (error in ruling due to District Clerk) | 4 | [DISMISSED] for plaintiff's failure to comply with the requirement; Further ordered that plaintiff's application to proceed in forma pauperis [Dkt. #2] is Denied; This is a final appealable order. Signed by Judge Ricardo M. Urbina on 8/16/07. (ls, ) (Entered: 08/29/2007) |