Joshua Todd Wooldridge
*Petitioner*

R. James Nicholson
Department of Veterans Affairs
*Respondent(s)*

**FILED**
JAN 2 5 2008
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, Joshua Wooldridge, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __March 2005 $13.00 hour__

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

---

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   *No Dependents at this Time*

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on **December 09 2007**
_____        _____
Date                                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ **66.67** on account to his credit at the **CCI TEHACHAPI**, institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: **N/A**

_____        _____
**12/11/07**                                        *[signature]*
Date                                                    Authorized Officer of Institution/Title of Officer

                                                                    **Acct. Tech.**