```
                                                              FILED
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA                       JAN 2 5 2008

                                                        NANCY MAYER WHITTINGTON, CLERK
                                                            U.S. DISTRICT COURT
```

JOSHUA WOOLRIDGE,           )
                            )
         Plaintiff,         )
                            )
v.                          )   Civil Action No. 07-911
                            )
R. JAMES NICHOLSON,         )
                            )
         Defendant.         )

## ORDER

It is hereby

ORDERED that plaintiff's "Notice of Motion to legally proceed forward with meritable complaint() after erroneously being denied on 08-29/07" is GRANTED. It is further

ORDERED that the Court's Order dismissing this civil action (Dkt. #4) is VACATED and that this civil action shall be reopened. It is further

ORDERED that the "Notice of Motion to respectfully request to file a joinder for the Class-Action Lawsuit Against the Department of Veterans Affairs" (Dkt. #5) is STRICKEN. This motion was filed by Jerry Wayne Curtis, who is not a party to this action. The Clerk of Court shall return any other papers submitted to the Court by Jerry Wayne Curtis for filing in this civil action.

SO ORDERED.

                                    _____
                                    United States District Judge

DATE: January 15, 2008