UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSHUA WOOLRIDGE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 07-911 RJL |
| | ) | |
| R. JAMES NICHOLSON | ) | |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on January 8th, 2008 from Unassigned (9098) to Judge Leon because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Y. Scott
Deputy Clerk

CC:   Judge Leon
& Courtroom Deputy