February 24, 2008

Plaintiff, Joshua Woolridge P-33283
California Correctional Center (CCC)
Post Office Box 2400
Susanville, California 96127-2400
Plaintiff, In Pro Per

RECEIVED
FEB 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Joshua Woolridge,
Plaintiff,

v.

R. James Nicholson,
Defendant,

Civil Court Case No.

07-911 RJL

Notice of Motion to legally Notify the Court of Plaintiffs "Change of Address" due to being Vindictively transferred.

I, the plaintiff Joshua Todd Woolridge, was NON-adversely transferred on Tuesday February 19, 2008, due to level two facility in Tehachapi, is changing to a (SNY) facility. I, the plaintiff's

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192

New current address for future correspondence is as follows:

\* Plaintiff, Joshua Todd Woolridge P-35245
California Correctional Center (CCC)
Sierra Unit Facility / Dorm 52-16-Low
Post Office Box 2400
Susanville, California 96127-2400

Facility Phone NO. (530) 257-2181

Plaintiff humbly requests to proceed forward with this meritable complaint, and is requesting a "Legal Docket Sheet" of the next court's proceedings. Your hardwork, time, effort, and legal concern to this Motion is warranted a return response is warranted.

Respectfully Submitted,
Joshua Woolridge
Plaintiff In Proper

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192