UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOSHUA WOOLRIDGE,                   )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )        Civ. A. No. 07-911 (RJL)
                                    )
R. JAMES NICHOLSON, United States   )
Department of Veteran Affairs,      )
                                    )
        Defendant.                  )
_____)

**MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Department of

Veterans Affairs hereby moves for a 21-day extension of time to respond to the pro se Plaintiff's

complaint in this action.[1]  As the Defendant demonstrates below, good cause exists for this

modest extension.

1.  In the complaint, Plaintiff alleges that the Defendant unlawfully released confidential

information about him in violation of the Privacy Act.

2.  The Defendant's response to the complaint is currently due on March 31, 2008.

3.  The Defendant and its counsel have been working diligently to assess the allegations

made in Plaintiff's complaint and respond to those allegations.

4.  Plaintiff will not be prejudiced by this modest extension.

5.  This is Defendant's first request for an extension.

_____

[1] Plaintiff is proceeding pro se and is at a penitentiary at this time.  Therefore, LcvR 7(m)
is not applicable to this motion.

A proposed order is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

March 28, 2008

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 28, 2008 I served plaintiff with Motion to Extend Time to

Respond to Plaintiff's Complaint by mailing it to the following address:

Joshua Woolridge
No. P-33283
CALIFORNIA CORRECTIONAL CENTER
Siena Unit Facility / Dorm 5316 Low
P.O. BOX 2400
Susanville, CA 96127

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
JOSHUA WOOLRIDGE,                                   )
                                                    )
            Plaintiff,                              )
                                                    )
            v.                                      )        Civ. A. No. 07-911 (RJL)
                                                    )
R. JAMES NICHOLSON, United States                   )
Department of Veteran Affairs,                      )
                                                    )
            Defendant.                              )
_____)

**[PROPOSED] ORDER**

Upon consideration of the Motion to Extend Time For Defendant to Respond to the

Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall respond to the Complaint by April

21, 2008.

SO ORDERED.


Date: _____                          _____
                                                   United States District Judge