UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA WOOLRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 07-911 (RJL) |
| ) | |
| R. JAMES NICHOLSON, United States ) | |
| Department of Veteran Affairs, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Department of Veterans Affairs hereby moves for a 4-day extension of time to respond to the pro se Plaintiff's complaint in this action.[1] As the Defendant demonstrates below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that the Defendant unlawfully released confidential information about him in violation of the Privacy Act.

2. The Defendant's response to the complaint is currently due on April 21, 2008.

3. The Defendant and its counsel have been working diligently to assess the allegations made in Plaintiff's complaint and respond to those allegations. Defendants anticipate filing a motion to dismiss, but need a few additional days to file the motion.

4. Plaintiff will not be prejudiced by this modest extension.

---

[1] Plaintiff is proceeding pro se and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

5. This is Defendant's second request for an extension.

A proposed order is attached.

                                    Respectfully submitted,

                                    _____
                                    JEFFREY A. TAYLOR , D.C. Bar # 498610
                                    United States Attorney


                                    _____
                                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                                    Assistant United States Attorney

                                              /s/
                                    HARRY B. ROBACK, D.C. Bar # 485145
                                    Assistant United States Attorney
                                    United States Attorneys Office
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530

April 21, 2008                        Tel: 202-616-5309
                                    harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2008 I served plaintiff with Motion to Extend Time to Respond to Plaintiff's Complaint by mailing it to the following address:

Joshua Woolridge
No. P-33283
CALIFORNIA CORRECTIONAL CENTER
Siena Unit Facility / Dorm 5316 Low
P.O. BOX 2400
Susanville, CA 96127

                                        /s/ Harry B. Roback
                                        Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA WOOLRIDGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R. JAMES NICHOLSON, United States )<br>Department of Veteran Affairs, )<br>)<br>Defendant. )<br>) | Civ. A. No. 07-911 (RJL) |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time For Defendant to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant shall respond to the Complaint by April 25, 2008.

SO ORDERED.

Date:_____                                  _____
                                                  United States District Judge