UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA WOOLRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. A. No. 07-911 (RJL) |
| | ) |
| R. JAMES NICHOLSON, United States | ) |
| Department of Veteran Affairs, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REPLY IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

Plaintiff Joshua Woolridge, a *pro se* prisoner, does not dispute in his opposition that there are currently three putative class actions pending that raise the same claims and seek the same relief as he does, and that he would be a member of these classes. (Pl.'s Opp'n at 2-3.)[1] Nor does Woolridge indicate a desire to opt-out of these putative classes. (*Id.*) In light of these undisputed facts, the Court should dismiss Woolridge's Complaint as duplicative. *See Goff v. Menke*, 672 F.2d 702, 703 (8th Cir. 1982) (dismissing claim by inmate who alleged that the prison deprived him of adequate exercise time because there was already a pending class action raising the same claim); *Crawford v. Bell*, 599 F.2d 890, 891 (9th Cir. 1979) (dismissing "portions of [prisoner's] complaint which duplicate the pending class action.")

In the alternative, the Court should dismiss Woolridge's Complaint pursuant to Rule 12(b)(6) for failing to state a claim. Woolridge's Privacy Act claim fails because he did not allege in the Complaint that the possible release of his information resulted in an adverse effect.

---

[1] Plaintiff's opposition does not appear on PACER. If the Court does not have a copy of the plaintiff's opposition, the Department can provide it to the Court. Defendant's counsel recently received service of the opposition by mail.

In his opposition, Woolridge now alleges that he suffered an adverse effect because he purchased credit reports and suffered emotional distress.  But Woolridge should make such allegations in an Amended Complaint, and not in a brief opposing the Department's motion to dismiss.  *Cf.* Fed. R. Civ. P. 15.

                                  Respectfully submitted,

                                  /s/
                              JEFFREY A. TAYLOR , D.C. Bar # 498610
                              United States Attorney

                                  /s/
                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                              Assistant United States Attorney

                                  /s/
                              HARRY B. ROBACK, D.C. Bar # 485145
                              Assistant United States Attorney
                              United States Attorneys Office
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              Tel: 202-616-5309
May 27, 2008                    harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008 I served plaintiff with Defendant's Reply in Support of Motion to Dismiss by mailing it to the following address:

Joshua Woolridge
No. P-33283
CALIFORNIA CORRECTIONAL CENTER
Siena Unit Facility / Dorm 5316 Low
P.O. BOX 2400
Susanville, CA 96127

/s/ Harry B. Roback
Harry B. Roback