June 18, 2008

Petitioner J'arvis Daniels
2330 Canterbury Ave
Pomona California 91768

United States District Court
District of Columbia (Washington, DC)

J'arvis Daniels,
Petitioner

V

R. James Nicholson
Defendant

Civil Court Number
07 911 RJL

Notice of Motion to Respectfully Request to Intervene on the class-action Lawsuit Against the Department of Veterans Affairs, complant

I, J'arvis Lee Daniels was former Army Veteran from September 20, 1968 Thur April 24, 1971, on active duty and as a honable

Discharge Veteran. I, AM respectfully Requesting to legally intervene, in the civil litigation lawsuit against R. James Nicholson, ET AL, Department of Veterans Affairs (VA) This legal complaint and "Class-Action Jointer" cause: 05:552 falls under the "Right to Privacy Act" Against the defendant the United States Government. The legal complaint falls under the Privacy Policy of the Judicial Conference of the United States filing as a "Legal Jointer" For this Class-Action lawsuit. I J'arvis Daniels filing to proceed "In Forma Pauperis" in this meritable Colorable Class-Action civil litigation your hard work, time, effort, and legal concern to adding me to intervene as a "Jointer" in this Class-Action civil action is humbly Warranted.

Respectfully, Submitted

J'arvis Daniels
Former Army Veteran
Request to Intervene
God Bless

**THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.**

| | | |
|---|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE NAME<br>DANIELS JARVIS LEE | 2. SERVICE NUMBER<br>RA 18 869 891 | 3. SOCIAL SECURITY NUMBER<br>550 76 5194 |

PERSONAL DATA

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK |
|---|---|---|---|
| ARMY-RA    QMC | SP4 | E-4 | DAY 30 / MONTH JAN / YEAR 69 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH |
|---|---|---|
| XX YES  NO | Kansas City KS | DAY 21 / MONTH AUG / YEAR 49 |

SELECTIVE SERVICE DATA

| 10a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED |
|---|---|---|
| 4  94  49  3346 | Local Board No. 94 Pasadena CA | NA |

TRANSFER OR DISCHARGE DATA

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Transferred to USAR (See Item #16) | Fort Lewis, Washington |

| c. REASON AND AUTHORITY | d. EFFECTIVE DATE |
|---|---|
| Sec VII Chap 5 AR 635-200 SPN 411 Overseas Returnee | DAY 24 / MONTH APR / YEAR 71 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| HHB 1st Bn 39th Arty APO 96495 USARV | HONORABLE | NONE |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| USAR CONTROL GROUP (REINFORCEMENT) USAAC ST LOUIS MISSOURI | RE- 1 |

| 16. TERMINAL DATE OF RESERVE/UMT & S OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|
| DAY 19 / MONTH SEP / YEAR 74 | a. SOURCE OF ENTRY: XX ENLISTED (First Enlistment)  ENLISTED (Prior Service)  REENLISTED  OTHER | 3 | DAY 20 / MONTH SEP / YEAR 68 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | PVT E-1 | Los Angeles CA |

SERVICE DATA

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 2330 Canterbury Ave<br>Pomona CA 91766 | CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 2 | 7 | 5 |
| | | (2) OTHER SERVICE | | NONE | |
| 23a. SPECIALTY NUMBER & TITLE / b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | | (3) TOTAL (LINE (1) plus Line (2)) | 2 | 7 | 5 |
| 76Y30  Unit & Org Sup Sp / NA | b. TOTAL ACTIVE SERVICE | | 2 | 7 | 5 |
| | c. FOREIGN AND/OR SEA SERVICE USARPAC | | 2 | 2 | 6 |

| 24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| NDSM   VSM   VCM   2 O/S Bars   SPS M-14 |

| 25. EDUCATION AND TRAINING COMPLETED |
|---|
| QM Unit & Org Sup Sp  7 Weeks |

VA AND EMP. SERVICE DATA

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| | 13 | YES X NO | $ NA | NA |
| 28. VA CLAIM NUMBER | | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | | |
| NONE | c. NA | $10,000  $5,000  NONE  $15,000 | | |

REMARKS

| 30. REMARKS |
|---|
| CIVILIAN EDUCATION:   13 Years        VN SERVICE: 23 MAY 70 - 22 APR 71<br>Blood Group:          A POS |

AUTHENTICATION

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| SAME AS #21 | /s/ Jarvis Daniels |

| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| J L DOOLEY CPT FA ASST ADJUTANT | /s/ |

DD FORM 214  1 JUL 66   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE EFFECTIVE 1 JAN 67.   ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE