May 02 2008
Leave to file granted

Plaintiff, Joshua Wooldridge P-33283
California Correctional Center (CCC)
Post Office Box 2400
Susanville, California 96127-2400
Plaintiff, In Pro Per

United States District Court
For The District of Columbia

Joshua Todd Wooldridge,
Plaintiff,

v.

R. James Nicholson,
United States Department
of Veteran Affairs
Defendant,

Civil Court Case Number
07-911 (RJL)

Notice of Motion for "Rebuttal Evidence" on defendants erroneous and frivolous Motion Dismiss Plaintiff's Meritable and Colorable Complaint on a technicality that does not have sufficient evidence to dismiss complaint.

To the Honorable Presiding Judge Robertson, legally and lawfully assigned to hear all matters in three putative class action civil cases. Plaintiff seeks to file this Motion for Rebuttal Evidence to legally and lawfully contradict the

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192

opponent's unsustained evidence that I the plaintiff in this class-action claim have not suffered adverse effect stimulating from the related May 2006, laptop theft which violated plaintiff's Privacy Act. Since this incident Plaintiff's credit rating has plugged due to unauthorized purchases on his credit. Pursuant to Federal Rule 12(b)(6), plaintiff Joshua Wooldridge has suffered an adverse effect by having to order and occur cost of purchasing credit Reports, Postage, and emotional Distress stimuling from this Privacy Act Violation in error. Plaintiff, has re-order current credit Reports from the three Major Credit Bureau's however at this time is yet to receive the new reports (credit Reports) to present as factual evidence of fraud. Plaintiff, strongly objects to the Defendant's erroneous and frivolous Motion to Dismiss the current pending putative class action Complaint before the Court. Plaintiff's current

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192

Motion for Rebuttal Evidence is governed by Case Law citing: <u>Layton v. State, 261 Ind. 251, 301 N.E. 2d. 633</u>, that is intended to legal contradict or disprove evidence offered by the adverse party. Plaintiffs Motion for Rebuttal Evidence should or shall be admitted as factual and Granted in the furtherance of justice.

Respectfully Submitted,
Joshua Woolridge

Joshua Todd Woolridge
Plaintiff, In Pro Per

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 05 90192

PROOF OF SERVICE BY UNITED STATES MAIL
Pursuant to C.C.P. §446, 1013(a)(c) And §2015.5; & 28 U.S:C.S §1746(2)

I, Joshua Woolridge, the undersigned, do hereby declare that I am over the age of EIGHTEEN (18) years, and a citizen of the United States, and I AM /AM NOT a party to the within entitled cause of action. I am currently a resident of California Correctional Center, in Lassen County. My address is P.O. Box 2400, Susanville, California 96127-2400.

I served the following documents with this Proof of Service by United States Mail, "Notice of Motion" for Rebuttal Evidence filed to the District Court and the opponents Counsel Objecting to the Dismissal as erroneous and frivolous! on the party(s) listed hereunder;

By placing either the Original(s) or a True Copy(s) of the aforementioned document(s) in a sealed envelope with all postage pre-paid into the California Correctional Center's Legal Mail Deposit Box for delivery to the United States Post Office in Susanville, California, and addressed to the named person(s) at the following address(es):

United States District Court
For the District of Columbia
Honorable Judge Robertson
333 Constitution Avenue, N.W.
Washington, D.C. 20001

United States Department of Justice
ATTN: Attorney Harry B. Roback
555 4th Street, N.W.
Washington, D.C. 20001

This DECLARATION is sworn to under penalty of perjury and the laws of the State of California, that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 01st day of the month of May, in the year 2008, at Susanville, Lassen County, California.

Joshua Woolridge                    /s/ Joshua Woolridge
Printed Name of Declarant               Signature of Declarant