UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA WOOLRIDGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civ. A. No. 07-911 (RJL) |
| | ) |
| R. JAMES NICHOLSON, United States | ) |
| Department of Veteran Affairs, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S RESPONSE TO J'ARVIS
## DANIELS'S MOTION TO INTERVENE

Three putative nationwide class actions alleging claims under the Privacy Act are currently pending before Judge Robertson of this Court.  *See In Re: Department of Veterans Affairs (VA) Data Theft Litigation*, 06-mc-0506; MDL Dkt. No. 1796 (JR).  All three putative class actions are based on the May 2006 theft of a laptop computer containing personal information about military personnel.  *Id.*  The plaintiff in this case, Joshua Woolridge, acknowledges that the pending class actions raise the identical claim that he asserts here and seek the same monetary relief as he does.  (Compl. at 1-2.)  Woolridge, a *pro se* prisoner, apparently wants to be considered part of these class actions.  *Id.*

As the Department demonstrated in its motion to dismiss (Dkt. 17), however, if Woolridge thinks that he is (and wants to be) part of the putative classes in the *In Re: Data Theft* litigation, he does not need to maintain a separate civil action.  Indeed, the Court should dismiss Woolridge's individual case and let the putative class actions proceed through class certification. *Goff v. Menke*, 672 F.2d 702, 703 (8th Cir. 1982) (dismissing claim by inmate who alleged that the prison deprived him of adequate exercise time because there was already a pending class

action raising the same claim); *Crawford v. Bell*, 599 F.2d 890, 891 (9th Cir. 1979) (dismissing "portions of [prisoner's] complaint which duplicate the pending class action.").

Mr. Daniels alleges in his motion to intervene that he too has a Privacy Act claim against the Department based on the May 2006 laptop theft. (Dkt. 20 at 2.)  Daniels requests that this Court permit him to intervene in Woolridge's case against the Department. (*Id.*)  The Court should deny Daniels's motion to intervene for three reasons.  First, Daniels's individual claim, like the claim asserted by Woolridge, is procedurally improper in light of the pending putative class actions. *Goff*, 672 F.2d at 703; *Crawford*, 599 F.2d at 891.  Notably, Daniels affirmatively states that he wants to join the "class action civil litigation." (Dkt. 20 at 2.)  In these circumstances, there is no reason for him to bring an individual claim against the Department. *Goff*, 672 F.2d at 703; *Crawford*, 599 F.2d at 891.

Second, if Daniels wants to join the "class action civil litigation," he should seek to intervene in one of the *three* pending class actions.  There is no reason for him to intervene in this case – which is an individual Privacy Act claim brought by Joshua Woolridge.

Finally, the Court should deny Daniels's motion to intervene because he has not complied with Rule 24.  Rule 24(c) requires a party seeking to intervene in a pending case to file a pleading setting forth the specific claim for relief.  But Daniels filed no such pleading here. (Dkt. 20.)  Until Daniels files the necessary pleading setting forth his precise claim, neither the Court nor the Department is positioned to determine whether he satisfies the substantive requirements of Rule 24.

For the foregoing reasons, the Court should deny Daniels's motion to intervene in this case.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
July 3, 2008                                        Tel: 202-616-5309
harry.roback@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I served plaintiff and petitioner Daniels with

Defendant's Response to Motion to Intervene by mailing it to the following addresses:

Joshua Woolridge
No. P-33283
CALIFORNIA CORRECTIONAL CENTER
Siena Unit Facility / Dorm 5316 Low
P.O. BOX 2400
Susanville, CA 96127


J'Arvis Daniels
2330 Canterbury Avenue
Pomona, CA 91768

/s/ Harry B. Roback
Harry B. Roback