CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSHUA WOOLRIDGE | ) | |
| | ) | |
| Plaintiff | ) | Civil Case Number 07-911 (JR) |
| | ) | |
| | ) | Category   I |
| R. JAMES NICHOLSON | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 31, 2008</u> from <u>Judge Richard J. Leon</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Judge Robertson has related Misc. Case 06-506)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Judge Leon</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee