August 13, 2008

Plaintiff, Joshua Wooldridge P-33283
Pleasant Valley State Prison
Post Office Box 8503
Coalinga, California 93210
Plaintiff, In Pro Per

RECEIVED
AUG 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

| Joshua Todd Wooldridge, Plaintiff, v. R. James Nicholson, United States Department of Veteran Affairs, Defendant, | Civil Court Case Number 07-911 (JR), Notice of Motion to legally inform the Civil Court of my New Change of Address to another Correctional Facility. |
|---|---|

To the Honorable Presiding District Court Judge, presiding over any/all matters in the above civil court proceedings. On Tuesday August 12, 2008, plaintiff was legally transferred from the California Correctional Center in Susanville, California to Pleasant Valley State Prison in the City of Coalinga, County of Fresno.

This transfer they stated is considered a NON-Adverse based on the needs of the Department to provide better Medical for the plaintiff a Type I insulin dependent Diabetic. I, the plaintiff wish to legally and lawfully inform the Civil Court of this Change of Address pursant to the Federal Rules of the Court. Plaintiff, is legally residing at the below address for correspondence with the Court:

Pleasant Valley State Prison
County of Fresno
Post Office Box 8503
Coalinga, California 93210
Facility Phone Number (559) 935-4900

This legal Notice of Change of Address is to update the Court of this factual change and to seek a legal update on case a return atKnowledgement letter is warranted.

Respectfully Submitted,
Joshua Wooldridge
Plaintiff, In Proper



## Proof of Service by Mail

I, the Plaintiff Joshua Woolridge do hereby Declare that I am a party to the within entitled cause of action. I am currently a resident of Pleasant Valley State Prison in the City of Coalinga, County of Fresno. My legal Mailing address is Post Office Box 8503 Coalinga, California 93210-8503.

I, did Serve the following documents with this Proof of Service by United States Mail,

### Notice of Change of Address

This Declaration is sworn to under the Penalty of Perjury and the laws of the State of California Address to the Named persons at the Following legal Addresses:

### Original Mailed

United States District Court
For the District of Columbia
ATTN: Clerk of the Court For filing
333 Constitution Avenue
Washington, D.C. 20001

### Copy Mailed

United States Attorney's Office
Assistant United States Attorney
ATTN: Attorney Harry B. Roback
555 4th Street, N.W.
Washington, D.C. 20530

