UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSHUA WOOLRIDGE,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           :  Civil Action No. 07-0911 (JR)
                                 :
R. JAMES NICHOLSON,              :
                                 :
        Defendant.               :

### MEMORANDUM

This civil action is related to a multi-district litigation matter now pending before me, No. 06-0506 In Re Department of Veterans Affairs Data Theft Litigation (MDL-1796). In this case, an inmate at Pleasant Valley State Prison in California, appearing *pro se*, sues for the same relief sought by members of the plaintiff class in the MDL case. Another person appearing *pro se*, Jarvis Lee Daniels, of Pomona, California, seeks to intervene in this case, and yet another *pro se* party, Jeffrey H. Cole, an inmate at the California Rehabilitation Center in Norco, California, has filed something called a "request for answer" because he, too, seeks to be added to the class action.

It would appear that all three of these individuals are members of the plaintiff class in the larger, multi-district litigation case. It is accordingly the most efficient use of the Court's time to grant the defendant's motion to dismiss this action. The dismissal will be without prejudice to refile or

renew the action if Messrs. Woolridge, Daniels and Cole are not ultimately considered to be members of the plaintiff class. The Clerk is directed to serve a copy of this order to all counsel in No. 06-0506.

    An appropriate order is issued with this memorandum.


                                         JAMES ROBERTSON
                            United States District Judge