**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JOSHUA WOOLRIDGE,          :
       Plaintiff,          :
   v.          :  Civil Action No. 07-0911 (JR)
R. JAMES NICHOLSON,          :
       Defendant.          :

<u>**ORDER**</u>

    For the reasons set forth in the memorandum issued with this order, this case is **dismissed without prejudice.**


                            JAMES ROBERTSON
                  United States District Judge